# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MOHAMMAD SOHAIL SALEEM, | Civil No. 3:21-cv-770 |
| Petitioner | (Judge Mariani) |
| v. | |
| LAUREL HARRY, SUPERINTENDENT SCI-CAMP HILL, *et al.*, | |
| Respondents | |

## ORDER

**AND NOW**, this 17th day of May, 2021, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The application to proceed *in forma pauperis* is **GRANTED** for the sole purpose of the filing of this action. (Doc. 4).

2. The petition for writ of habeas corpus is **DISMISSED** for lack of jurisdiction. (Doc. 1).

3. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge